## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> Ortise Hardnett <br> Charlene Jordan Hardnett <br>         Debtors | CHAPTER 13 <br><br> BKY. NO. 18-13307 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                  Respectfully submitted,

                                  **/s/ Rebecca A. Solarz, Esquire**
                                Rebecca A. Solarz, Esquire
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322 FAX (215) 627-7734