**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                            : Chapter 13

**Hardnett, Ortise
Hardnett, Charlene Jordan
    Debtors**

                                                                   :        18-13307

**CERTIFICATE OF SERVICE OF
DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN**

I certify that on November 19, 2018 the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition and from the claims docket were served a copy of the Debtors' FIRST Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: November 19, 2018

                                        "/s/"Mitchell J. Prince
                                        John L. McClain, Esquire
                                        Mitchell J. Prince, Esquire
                                        Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072