IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ORTISE HARDNETT<br>CHARLENE JORDAN HARDNETT<br>**Debtor(s)** | CHAPTER 13 |
| CREDIT ACCEPTANCE CORPORATION<br>**Moving Party** | Case No.: 18-13307 (ELF) |
| v. | |
| ORTISE HARDNETT<br>CHARLENE JORDAN HARDNETT<br>**Respondent(s)** | |
| WILLIAM C. MILLER<br>**Trustee** | |

## ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between Credit Acceptance Corporation and the Debtors in settlement of the Objection To Confirmation, and filed on or about January 4, 2019 (Doc. # 26) in the above matter is **APPROVED**.

Dated: 1/9/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**