**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13
    Hardnett, Ortise
    Hardnett, Charlene Jordan
    Debtors                                             : 18-13307

**APPLICATION FOR AMENDED WAGE ORDER**

The Application of debtors respectfully represents:

1. Applicant, Hardnett, Ortise, is a debtor in this case.

2. Applicant is employed by **SEPTA, Attention Payroll Dept.**

3. **Applicant wishes an amended wage order directing his employer to withhold $1,275.00 for 9 months (Started on June 1, 2018), then as of this March 1, 2019, the payment shall increase to $1,470.00 per month for 51 months,** monthly pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period) and forward same to William C. Miller, Trustee.

    Wherefore, the debtor requests the court to enter the attached amended wage order.

"/s/"Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123
1-800-McClain (622-5246)
1-888-857-1967 (fax)
    Attorneys for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        : Chapter 13
       Hardnett, Ortise
       Hardnett, Charlene Jordan
          Debtors                      : 18-13307

### AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTIONS FOR REMITTANCE TO TRUSTEE

**TO EMPLOYER:**
**SEPTA, Attention Payroll Dept.**
**PO BOX 40655**
**Philadelphia, PA 19107**

Re:    **Hardnett, Ortise**
SSN:  xxx-xx-9336

    The future earnings of the above named debtor Hardnett, Ortise, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtors' amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of**:  $1,275.00 for 9 months (Started on June 1, 2018), then as of this March 1, 2019, the payment shall increase to $1,470.00 per month for 51 months,** pro-rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    $1,275.00 for 9 months (Started on June 1, 2018), then as of this March 1, 2019, the payment shall increase to $1,470.00 per month for 51 months to:

    William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799

BY THE COURT: _____    1/25/19
                           JUDGE

SEPTA, Attention Payroll Dept.
PO BOX 40655
Philadelphia, PA 19107

Hardnett, Ortise and Hardnett, Charlene Jordan
530 Wales Rd
Havertown, PA 19083

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123