United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ortise Hardnett  
Charlene Jordan Hardnett  
    Debtors

Case No. 18-13307-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Jan 25, 2019  
                          Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2019.  
db/jdb      +Ortise Hardnett,   Charlene Jordan Hardnett,   530 Wales Rd,   Havertown, PA 19083-4515  
            +SEPTA,   Payroll Dept.,   PO Box 40655,   Phila., PA 19107-0655

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2019 at the address(es) listed below:  
        JOHN L. MCCLAIN    on behalf of Debtor Ortise Hardnett  aaamcclain@aol.com, edpabankcourt@aol.com  
        JOHN L. MCCLAIN    on behalf of Joint Debtor Charlene Jordan Hardnett  aaamcclain@aol.com, edpabankcourt@aol.com  
        LEON P. HALLER    on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY  lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
        REBECCA ANN SOLARZ    on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY  bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM EDWARD CRAIG    on behalf of Creditor   Credit Acceptance Corporation  ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                                                                                                                       TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                                        : **Chapter 13**
    **Hardnett, Ortise**
    **Hardnett, Charlene Jordan**
    **Debtors**                                      : **18-13307**

## APPLICATION FOR AMENDED WAGE ORDER

The Application of debtors respectfully represents:

1. Applicant, Hardnett, Ortise, is a debtor in this case.

2. Applicant is employed by **SEPTA, Attention Payroll Dept.**

3. **Applicant wishes an amended wage order directing his employer to withhold $1,275.00 for 9 months (Started on June 1, 2018), then as of this March 1, 2019, the payment shall increase to $1,470.00 per month for 51 months,** monthly pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period) and forward same to William C. Miller, Trustee.

Wherefore, the debtor requests the court to enter the attached amended wage order.

"/s/"Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123
1-800-McClain (622-5246)
1-888-857-1967 (fax)
    Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Hardnett, Ortise
    Hardnett, Charlene Jordan
        Debtors : 18-13307

## AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTIONS FOR REMITTANCE TO TRUSTEE

**TO EMPLOYER:**
**SEPTA, Attention Payroll Dept.**
**PO BOX 40655**
**Philadelphia, PA 19107**

Re: **Hardnett, Ortise**
SSN: xxx-xx-9336

    The future earnings of the above named debtor Hardnett, Ortise, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtors' amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$1,275.00 for 9 months (Started on June 1, 2018), then as of this March 1, 2019, the payment shall increase to $1,470.00 per month for 51 months,** pro-rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$1,275.00 for 9 months (Started on June 1, 2018), then as of this March 1, 2019, the payment shall increase to $1,470.00 per month for 51 months** to:

    William C. Miller, Trustee, P.O. Box 1799, Memphis, TN 38101-1799

BY THE COURT: _____ 1/25/19
                        JUDGE

SEPTA, Attention Payroll Dept.
PO BOX 40655
Philadelphia, PA 19107

Hardnett, Ortise and  Hardnett, Charlene Jordan
530  Wales Rd
Havertown, PA 19083

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123