**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    Hardnett, Ortise               : Chapter 13
    Hardnett, Charlene Jordan
        Debtors                 : 18-13307

## CERTIFICATE OF SERVICE

    I certify that copies of the **Debtors' Motion to Approve Mortgage Modification, proposed Order and Notice of hearing** were served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on <u>February 21, 2021</u>.

                                       "/s/"Mitchell J.Prince
                                       John L. McClain, Esquire
                                       Mitchell J. Prince, Esquire
                                       Attorneys for debtors

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17101

Pennsylvania Housing Finance Agency
c/o Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Pennsylvania Housing Finance Agency
c/o Leon P. Haller, Esquire
Purcell, Krug & Haller
1719 N. Front Street
Harrisburg, PA 17102
lhaller@pkh.com

Ortise and Charlene Jordan Hardnett
530 Wales Rd
Havertown, PA 19083