**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   : Chapter 13
      **Hardnett, Ortise**
      **Hardnett, Charlene Jordan**
          Debtors   : 18-13307

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
SEPTA, Attention Payroll Dept.
PO BOX 40655
Philadelphia, PA 19107**

Re:   **Hardnett, Ortise**
SSN:   xxx-xx-9336

    The future earnings of the above named debtor Hardnett, Ortise, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtors' amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall reduce the $1,470.00 per month deduction which was effective March 1, 2019, from the earnings of the debtor, and beginning with the next pay period following the receipt of this order the sum of **$536.00 per month shall be withheld from Debtor's paycheck for the remaining 29 months starting this May 1, 2021,** pro-rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$1,470.00 per month being withheld from Debtor's pay is reduced AND to direct his employer to withhold from Debtor's paycheck $536.00 per month for the remaining 29 months starting this May 1, 2021 to:** William C. Miller, Trustee, P.O. Box 1799, Memphis, TN 38101-1799

BY THE COURT:_____   5/10/21
          JUDGE   ERIC L. FRANK

SEPTA, Attention Payroll Dept.
PO BOX 40655
Philadelphia, PA 19107

Hardnett, Ortise and  Hardnett, Charlene Jordan
530  Wales Rd
Havertown, PA 19083

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123