**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ortise Hardnett
      Charlene Jordan Hardnett
                   Debtor(s)

Chapter 13

PENNSYLVANIA HOUSING FINANCE
AGENCY
                  v.

NO. 18-13307 ELF

Ortise Hardnett
Charlene Jordan Hardnett
              and
Kenneth E. West Esq.
              Trustee

## ORDER

AND NOW, this 17th day of November , 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on April 30, 2019 it is ORDERED A that the automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PENNSYLVANIA HOUSING FINANCE AGENCY and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 530 Wales Road Havertown, PA 19083.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**