IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| | : CASE NO. 21-10935-mdc |
| | : |
| SHAWN T. HAMIEL, | : |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : September 8, 2022 @ 09:30 a.m. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| SHAWN T. HAMIEL, | : |
| | : |
| | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 110 |

CERTIFICATE OF SERVICE FOR THE PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED AMENDED
CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above

captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses,

on August 25, 2022 by:

**21-10935-mdc Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

JOSHUA DOMER on behalf of Creditor CITY OF PHILADELPHIA
joshua.domer@phila.gov, Edelyne.Jean-Baptiste@Phila.gov

DANIEL P. JONES on behalf of Creditor NWL Company, LLC
djones@sterneisenberg.com, bkecf@sterneisenberg.com

1

DANIEL P. JONES on behalf of Creditor Wilmington Savings Fund Society, FSB d/b/aChristina Trust, Not in itsindividualcapacity but solely as the trustee for theBrougham Fund ITrust
djones@sterneisenberg.com, bkecf@sterneisenberg.com

RONALD G. MCNEIL on behalf of Debtor Shawn T. Hamiel
r.mcneil1@verizon.net

REBECCA ANN SOLARZ on behalf of Creditor NWL Company, LLC
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

KENNETH E. WEST on behalf of Trustee KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

**21-10935-mdc Notice will not be electronically mailed to:**

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Date Executed: August 25, 2022                    Respectfully submitted,


/s/ Jonathan W. Chatham
Jonathan W. Chatham
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 209683
Phone: 717-783-3673
Facsimile: 717-772-1459